# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/25/2020
```

February 24, 2020

**VIA CM/ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

      Re:    Norris v. Japoke Inc., d/b/a Kome Waza, et al.
             Case 1:19-cv-06921-LL

Dear Judge Liman:

The undersigned represents the Plaintiff in the above-captioned case matter. This is an action pursuant to the ADA, as well as similar state and local statutes.

The Initial Pretrial Conference in this matter is currently scheduled for March 3, 2020 at 10:00 a.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 7 & D.E. 8]. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in April most convenient to this Honorable Court. Thank you for your consideration of this first adjournment request.

Defendants were served on 8/20/2019--over six months ago.

The IPTC scheduled for March 3, 2020 at 10:00 a.m. is ADJOURNED to April 7, 2020 at 2:00 p.m.

Plaintiff shall file a Motion for Default Judgment against any defendant who has not appeared by March 26, 2020. The action may be dismissed for failure to prosecute if Plaintiff does not make such filing.

Procedures relating to default judgment applications before the Court are addressed in the judge's Individual Practices, available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.

Sincerely,

By: /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile: (305) 704-3877
     Email: bbw@weitzfirm.com

SO ORDERED.

2/25/2020

LEWIS J. LIMAN
United States District Judge