# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 13, 2020

**VIA CM/ECF**

Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

> Application for stay is DENIED. The Initial Pretrial Conference is RESET for May 13, 2020 at 10:00 a.m. and will proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101. The Court will take up the parties' proposed Case Management Plan at that time.
>
> 4/14/2020
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re: Norris v. Japoke Inc., d/b/a Kome Waza, et al.
Case 1:19-cv-06921-LL

Dear Judge Liman:

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public (including possible complete closures), such as the business involved in this matter, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant a thirty (30) day stay of all deadlines and/or Conference in this matter.

The Court may wish to note that this is undersigned counsel's first request to stay this matter. The undersigned counsel has conferred with opposing counsel who consents to the motion requested. Thank you for your consideration of this unexpected, but essential, request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Tel.: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com