```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
NAMEL NORRIS                                                       :
                                                                   :
                                                                   :
                            Plaintiff,                             :
                                                                   :       19-cv-06921 (LJL)
            -v-                                                    :
                                                                   :          ORDER
JAPOKE INC. ET AL,                                                 :
                                                                   :
                            Defendants.                            :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2020

LEWIS J. LIMAN, United States District Judge:

     As discussed at the status conference today, Plaintiff shall make any motion for default judgment against Defendant 40 Water Street, LLC (assuming such Defendant has not appeared) no later than July 13, 2020. The motion should be made in compliance with Exhibit A of the Court's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-lewis-j-liman.

     SO ORDERED.

Dated: May 13, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                         United States District Judge